LK:DMP
F.#2011R01888

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - -X

IN RE ORDER REQUIRING APPLE, INC. TO          No. _____
ASSIST IN THE EXECUTION OF A SEARCH
WARRANT ISSUED BY THIS COURT                  **ORDER**

- - - - - - - - - - - - - - - - - - - - -X

      Before the Court is the Government's motion for an order requiring Apple, Inc. to assist law enforcement agents in the search of an Apple iPhone.  Upon consideration of the motion, and for the reasons stated therein, it is hereby

      ORDERED that Apple, Inc. assist law enforcement agents conduct the search of one Apple iPhone Telephone, Model #A1387, phone number 347-200-4955, serial number DNPGF4NJDTC1, and FCC ID number BCG-E2430A; and it is hereby

      FURTHER ORDERED that such assistance shall include unlocking the iPhone so that it may be examined consistent with a search warrant issued by this Court.

THE
CHI:                                                          )GE
EAS'        ------- OF NEW YORK

Date:  January 9, 2012